MARY J. KREJPCIO ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF HARTFORD ET AL.

Upon reargument, the motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*William C. Bieluch,* for the appellees (plaintiffs).

*Robert Ewing,* with whom was *Russell L. Post,* for the appellants (defendants Humble Oil and Refining Company et al.).

*Joseph J. Burns,* assistant corporation counsel, for the appellant (named defendant).

Reargued January 7—decided January 8, 1964